■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN R. ATKINSON, Appellant. [855 NYS2d 907]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Farneti, J.), rendered September 7, 2005, convicting him of aggravated criminal contempt, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental pro se brief. Skelos, J.P., Santucci, Covello, McCarthy and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTOS BARAHONA, Appellant. [855 NYS2d 908]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered December 9, 2005, convicting him of attempted assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the County Court's review of the presentence report provided a sufficient basis for the court to depart from the original sentencing promise (*see People v Schultz,* 73 NY2d 757 [1988]; *People v Wood,* 207 AD2d 1001 [1994]; *People v Richards,* 158 AD2d 627 [1990]). Since the court placed its reasons for departing from the original promise on the record, and the defendant was given an opportunity to withdraw his plea, which he declined, he was not entitled to specific performance of the original sentencing agreement (*see People v Jones,* 287 AD2d 741 [2001]). Rivera, J.P., Lifson, Miller, Carni and Eng, JJ., concur.